IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHRISTCELL GRANT, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )  CV 322-033<br>  )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security Administration, )<br>  )<br>   Defendant. ) | |

**O R D E R**

Plaintiff filed the above-captioned social security appeal on April 27, 2022, and was granted permission to proceed *in forma pauperis*. (Doc. nos. 1, 2, 4.) Summons issued on April 27, 2022, and the docket confirms delivery to Plaintiff's counsel via the Court's CM/ECF system. (Doc. no. 5.) Although the time for Defendant to file an answer may not have yet expired, in the normal course of business, a notice of appearance on behalf of Defendant is usually made well before the deadline for answering and before the expiration of the ninety days allowed for service. See Fed. R. Civ. P. 4(m). However, there is no proof of service or notice of appearance by defense counsel in the record. As the Court has an interest in the efficient management of its docket, Plaintiff's counsel is directed to inform the Court within seven days of the date of this Order whether service has been accomplished.

Less than one month ago, this same type of show cause order issued to Plaintiff's counsel in a separate case. See Marshal v. Kajakazi, CV 122-029, doc. no. 6 (S.D. Ga. July

13, 2022).  Plaintiff's counsel has previously filed social security cases in which his clients have been granted *in forma pauperis* status and he, not the United States Marshal, has been responsible for effecting service of process.  See, e.g., Crawford v. Kijakazi, CV 321-052 (S.D. Ga. Sept. 3, 2021); Ware v. Saul, CV 121-070 (S.D. Ga. Apr. 28, 2021); Bennett v. Saul, CV 121-036 (S.D. Ga. Feb. 18, 2021).  The Court **DIRECTS** the **CLERK** to serve a copy of this Order on Assistant United States Attorney Shannon Statkus via email at shannon.statkus@usdoj.gov.

SO ORDERED this 8th day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA